**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00001-CMA-MEH
(Consolidated with 11-cv-00743-CMA-MEH)

WILDEARTH GUARDIANS,

    Plaintiff,

v.

LISA P. JACKSON, in her official capacity as Administrator,
  United States Environmental Protection Agency,

    Defendant.

## ORDER TO CONSOLIDATE

This matter comes before the Court on Defendant's Unopposed Motion To Consolidate (Doc. # 23).  The Court finds that the two actions listed below involve common questions of law or fact, including common parties and common claims, before this Court.  Further, the Court finds that consolidation of these two cases will avoid unnecessary costs and delays.  It is, therefore,

ORDERED that the folowing actions are consolidated pursuant to Fed. R. Civ. P. 42(a), and future filings in either of these two actions shall contain the caption as set forth above and shall be docketed under the above-referenced No. 11-cv-00001-CMA-MEH:

    1)    11-cv-00001-CMA-MEH and
    2)    11-cv-00743-RMB-BNB

DATED: April __14__, 2011

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge